FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2020 MAY 27 PM 4: 52

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

DAVID ISAGBA
JOYCE ISAGBA

CASE NO.  5:19-cr-64-Oc-27PRL
18 U.S.C. § 1341
18 U.S.C. § 286

## SUPERSEDING INDICTMENT

The Grand Jury charges:

## COUNTS ONE THROUGH SIX
### (Mail Fraud)

### A.  Introduction

At times material to this Indictment:

1.     The defendants, **DAVID ISAGBA and JOYCE ISAGBA**, were individuals who resided in Lake County and Brevard County, within the Middle District of Florida.

2.     The Internal Revenue Service ("IRS") was an agency of the United States, whose role was to collect taxes and revenue to fund the operation of the federal government and to issue refunds to taxpayers in the event of overpayment.

### B.  Scheme and Artifice

3.     Beginning at a time unknown to the Grand Jury, but beginning at least by on or about June 8, 2009, and continuing thereafter through and including on or about September 25, 2019, in the Middle District of Florida, and elsewhere, the defendants,

**DAVID ISAGBA**
**and**
**JOYCE ISAGBA,**

did knowingly and with intent to defraud, devise a scheme and artifice to defraud, and for the purpose of executing the scheme or artifice, knowingly caused to be delivered by mail or any private or commercial interstate carrier matters or things as described below.

### C.  Manner and Means

4.     The manner and means used to accomplish the scheme and artifice to defraud included, among others, the following:

a.     It was part of the scheme and artifice to defraud that **DAVID ISAGBA and JOYCE ISAGBA** would and did unlawfully devise and execute a scheme and artifice to defraud the IRS of money and property by means of materially false and fraudulent pretenses, representations and promises.

2

b.    It was a further part of the scheme and artifice to defraud that **DAVID ISAGBA and JOYCE ISAGBA** would prepare IRS 1041 and 990-T forms seeking large tax refunds in the name of various trusts.   At the time these forms were prepared and submitted, **DAVID ISAGBA and JOYCE ISAGBA** knew that the trusts described in the forms had paid no taxes and were entitled to no refunds.

c.    It was a further part of the scheme and artifice to defraud that **DAVID ISAGBA and JOYCE ISAGBA** knowingly caused these forms to be delivered to the IRS by mail or by any private or commercial interstate carrier.

d.    It was a further part of the scheme and artifice to defraud that **DAVID ISAGBA and JOYCE ISAGBA** mailed 227 of these fraudulent forms to the IRS, seeking $2,947,421,304 in refunds on behalf of trusts that had paid no taxes and were entitled to no refunds.

e.    It was a further part of the scheme and artifice to defraud that **DAVID ISAGBA and JOYCE ISAGBA**, by submitting the fraudulent forms, knowingly caused the IRS to deliver refund checks to **DAVID ISAGBA and JOYCE ISAGBA** by mail or by any private or commercial interstate carrier.

3

f.   It was a further part of the scheme and artifice to defraud that **DAVID ISAGBA and JOYCE ISAGBA** would and did perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purpose of the scheme and the acts committed in furtherance thereof.

### D.  Mailings

5.   On or about the dates set forth below, in the Middle District of Florida, and elsewhere, the defendants,

**DAVID ISAGBA
and
JOYCE ISAGBA,**

for the purpose of executing the aforesaid scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations and promises, did knowingly, and with intent to defraud, mail and cause to be mailed (including by private or commercial interstate carrier), the following documents:

4

| Count | Date | Description |
|---|---|---|
| 1 | 11/18/2014 | IRS Form 1041<br>Entity – "MOEO TRUST II"<br>Amount Sought -- $459,113.00<br>Amount Received -- $459,113.00 |
| 2 | 5/16/2016 | IRS Form 990-T<br>Entity – "TETRAGRAMMATON"<br>Amount Sought -- $98,300.00<br>Amount Received -- $98,999.49 |
| 3 | 10/25/2016 | IRS Form 990-T<br>Entity – "YETZIRAH"<br>Amount Sought -- $572,112.00<br>Amount Received -- $572,112.00 |
| 4 | 5/14/2018 | IRS Form 1041<br>Entity – "TETRAGRAMMATON"<br>Amount Sought – $1,654,234.00<br>Amount Received -- $1,732,621.37 |
| 5 | 4/17/2019 | IRS Form 1041<br>Entity – "SIPHIROTH"<br>Amount Sought -- $643,446.00<br>Amount Received -- $643,446.00 |
| 6 | 5/6/2019 | IRS Form 1041<br>Entity – "TETRAGRAMMATON"<br>Amount Sought -- $2,508,347.00<br>Amount Received -- $854,113.00 |

All in violation of 18 U.S.C. §§ 1341 and 2.

### COUNT SEVEN
**(Conspiracy to Defraud the Government with Respect to Claims)**

6.     The allegations contained in paragraphs one through five of this

Indictment are hereby realleged and incorporated herein by reference.

5

7.     Beginning at a time unknown to the Grand Jury, but beginning at least by on or about June 8, 2009, and continuing thereafter through and including on or about September 25, 2019, in the Middle District of Florida, and elsewhere, the defendants,

**DAVID ISAGBA**
**and**
**JOYCE ISAGBA,**

knowingly and willfully entered into a conspiracy with each other and with others, both known and unknown to the Grand Jury, to defraud the United States and the IRS by aiding and attempting to obtain the payment of false, fictitious, and fraudulent claims in the manner and means described in paragraphs one through five of this Indictment.

All in violation of 18 U.S.C. § 286.

### FORFEITURE

1.     The allegations contained in Counts One through Six are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. § 1341, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived

6

from proceeds traceable to the violation.

    3.    If any of the property described above, as a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty;

7

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and

28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By:  _____
William S. Hamilton
Assistant United States Attorney

By:  _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

8

FORM OBD-34
May 20

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

DAVID ISAGBA
JOYCE ISAGBA

## INDICTMENT

Violations:   18 U.S.C. § 1341
18 U.S.C. § 286

A true bill,

_____
Foreperson

Filed in open court this 27th day

Of May, 2020.

_____
Clerk

Bail $_____

GPO 863 525