UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO. 5:19-cr-64-JA-PRL-2

JOYCE ISAGBA

### ORDER

Before the Court is Defendant Joyce Isagba's *pro se* motions (Doc. 323; Doc. 324) for early termination of probation. The United States Probation Office has submitted a memorandum stating that it defers to the Court's discretion on Isagba's *pro se* motions. (Doc. 326). The Government opposes Isagba's motions (Doc. 328), arguing that she has served less than half of her term of probation and still owes more than $1.5 million in restitution.

Based on the Court's review of the parties' submissions, the factors under 18 U.S.C. § 3553 weigh in favor of early termination. Although Isagba has outstanding restitution, the Government acknowledges that she has paid all outstanding fines and special assessments—and that she "has consistently paid her restitution at the Court-ordered rate of $250 per month since her

supervision commenced." (Doc. 328 ¶ 4). The Government represented that Isagba is currently employed (*Id.* ¶ 5), but she is no longer employed in the medical field as a nurse. (Doc. 330 at 1).

There is no justification to further supervise Isagba. Isagba's "positive" conduct while on probation affirms to the Court that the risk of her reoffending is non-existent, (Doc. 328 ¶ 5), and that the term of probation that Isagba has already served sufficiently accounts for the nature and circumstances of the offense and her history and characteristics, some of which came to light during the sentencing hearing. (Doc. 299 at 6–26). Further supervision would not benefit Isagba or the Government but would be a waste of public resources. While the Government is correct that early termination of probation is rare, the rarer circumstances of this case justify doing so.

Accordingly, it is **ORDERED** as follows:

1. Isagba's first motion for early termination of probation (Doc. 323) is **DENIED as moot** in light of her amended motion for early termination of probation (Doc. 324).

2. Isagba's amended motion for early termination of probation (Doc. 324) is **GRANTED**.

3. Isagba's probation is **terminated**. Isagba is required to continue making restitution payments upon her termination date. Pursuant to

18 U.S.C. § 3613(b) and (f), the liability to pay a fine or restitution shall terminate 20 years from the entry of the judgment.

**DONE** and **ORDERED** on October 14, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
Joyce Isagba